**Dismissed and Opinion Filed December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00945-CV

### JEANETTE L. JOHNSON, Appellant
### V.
### U-HAUL CORP /DBA: U-HAUL MOVING AND STORAGE OF CEDAR HILL, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07764**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Justice Evans

By notice of appeal filed August 17, 2018, Jeannette L. Johnson challenges the trial court's order of that same date compelling arbitration. Because an order compelling arbitration is reviewable on appeal only upon final judgment and the clerk's record does not reflect a final judgment has been signed, we questioned our jurisdiction over this appeal. *See Human Biostar, Inc. v. Celltex Therapeutics Corp.*, 514 S.W.3d 844, 847 (Tex. App.—Houston[14th Dist.] 2017, pet. denied). At our request, the parties filed letter briefs addressing our concern. Appellant's letter brief, however, fails to demonstrate our jurisdiction. Accordingly, we dismiss the appeal and all pending motions. *See* TEX. R. APP. P. 42.3(a).

/David Evans/
DAVID EVANS
JUSTICE

180945F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEANETTE L. JOHNSON, Appellant

No. 05-18-00945-CV          V.

U-HAUL CORP/DBA: U-HAUL
MOVING AND STORAGE OF CEDAR
HILL, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-07764.
Opinion delivered by Justice Evans, Chief
Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 31st day of December, 2018.